1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAD SOFTWARE LLC, | CASE NO. C25-2358-KKE |
| Plaintiff(s), | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant(s). | |

Given the time-sensitive nature of Plaintiff's motion for temporary restraining order (Dkt. No. 2), the Court ORDERS that Defendant shall file any opposition no later than 9 a.m. on November 25, 2025. The Court will hear remote oral argument on the motion at 3 p.m. on November 25, 2025. The Courtroom Deputy is directed to circulate the login information for that conference. Plaintiff is directed to provide a copy of this order to Defendant's counsel, and to provide Defendant's counsel's contact information to the Courtroom Deputy.

Dated this 24th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER SETTING BRIEFING SCHEDULE - 1